John R. TAYLOR, Jr., Plaintiff–
Appellant,

v.

Captain JOHNSON, Shift Supervisor at Pasquotank Correctional Institution; Lieutenant Gatling, Lieutenant at Pasquotank Correctional Institution; Correctional Officer Boca, Correctional Officer at Pasquotank Correctional Institution; D.M. Todd, Assistant Unit Manager at Pasquotank Correctional Institution; Thomas W. Strahan, Superintendent of Programs at Pasquotank Correctional Institution; Gerotha R. Spain, Inmate Grievance Examiner at Pasquotank Correctional Institution, Defendants–Appellees.

No. 03–7106.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 10, 2003.

John R. Taylor, Jr., Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

John R. Taylor, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Taylor v. Johnson,* No. CA–03–294–5–BO (E.D.N.C. June 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*